# EXHIBIT B



**POLICY NUMBER:** F3689369

## MOTORCYCLE POLICY DECLARATIONS

**NAMED INSURED:**
DUSTIN DRUMMOND
4150 COUNTY LINE RD
CARSON CITY NV    89703-9456

**POLICY PERIOD FROM:**   MAY    7 2021
**TO:**   MAY    7 2022
at 12:01 A.M. standard time at the address of the insured as stated herein.

**AGENT:**
MOVEMENT INSURANCE
9726 OLD BAILES RD STE 111
FORT MILL         SC    29707-7540

**AGENT TELEPHONE:**
1-866-472-3326

| ALL DRIVERS IN HOUSEHOLD | DUSTIN DRUMMOND, YULIA DRUMMOND |
|---|---|
| RATED DRIVERS | DUSTIN DRUMMOND |

**2021 CANA**    MAVERICK X3 TUR    900cc SYM 21    ID# 3JBVNAV22MK002857

Insurance is afforded only for the coverages for which limits of liability or premium charges are indicated.

| COVERAGES | 2021 CANA LIMITS | PREMIUMS |
|---|---:|---:|
| **LIABILITY:** | | |
| BODILY INJURY | with Guest Passenger $250,000 Each Person $500,000 Each Accident | $ 38.00 |
| PROPERTY DAMAGE | $100,000 Each Accident | 17.00 |
| **MEDICAL PAYMENTS** | $5,000 | 80.00 |
| **UNINSURED AND UNDERINSURED MOTORISTS:** | | |
| BODILY INJURY | $250,000 Each Person $500,000 Each Accident | 85.00 |
| **COMPREHENSIVE** | Actual Cash Value Less $500 Deductible | 46.00 |
| **COLLISION** | Actual Cash Value Less $500 Deductible | 215.00 |
| **ADDITIONAL COVERAGES:** | | |
| CUSTOM PARTS AND EQUIPMENT | $3,000 | INCLUDED |
| | TOTAL $ | 481.00 |

**TOTAL PREMIUM FOR ALL VEHICLES** ......................................... $    481.00

You may pay your premium in full or in installments. There is no installment fee for the following billing plans: Full Pay. Installment fees for all other billing plans are listed below. If more than one policy is billed on the installment bill, only the highest fee is charged. The fee is:
  $2.00 per installment for recurring automatic deduction (EFT)
  $5.00 per installment for recurring credit card or debit card
  $5.00 per installment for all other payment methods

-CONTINUED-



**POLICY NUMBER:** F3689369

# MOTORCYCLE POLICY DECLARATIONS
(CONTINUED)

YOUR PREMIUM INCLUDES DISCOUNTS FOR:
Driver Level Experience, Garaging, Homeowners, Billing Plan

**POLICY FORMS APPLICABLE TO THIS POLICY:**
SA-1697/EP 6/20, SA-2557/NVEP 2/19, SA-1701/EP 9/90, SA-2815/EP 4/19,
SA-2605/NVEP 7/04


Policy underwritten by SAFECO INSURANCE COMPANY OF ILLINOIS
                      (a stock insurance company).
Administrative office:  175 Berkeley St., Boston, MA 02116

Mailing Address:  PO Box 515097, Los Angeles, CA 90051