1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| NATIONWIDE MUTUAL INSURANCE COMPANY, | **CASE NO.: 3:21-cv-00419-ART-CLB** |
|---|---|
| Plaintiff, | **ORDER APPROVING** |
| v | **STIPULATION TO EXTEND DEADLINE TO RESPOND TO DEFENDANT DUSTIN DRUMMOND'S MOTION TO SEAL [ECF 45]** |
| Dustin Drummond, | |
| Defendant. | **(FIRST REQUEST)** |

Plaintiff/Counter-defendant NATIONWIDE MUTUAL INSURANCE COMPANY ("Nationwide"), by and through their counsel of record Hines Hampton Pelanda LLP, and Defendant/Counter-Claimant DUSTIN DRUMMOND, by and through their counsel of record, Kemp Jones, LLP ("Drummond"), herby stipulate and agree as follows:

1

1. On November 2, 2022, Nationwide filed a "Notice of Motion and Motion by Nationwide Mutual Insurance Company for Summary Judgment or, in the alternative, Partial Summary Judgment." *See* ECF 34.

2. On November 15, 2022, the Court granted the parties' stipulation and order extending Drummond's deadline to file an opposition to Nationwide's Motion for Summary Judgment as a result of Drummond's new counsel needing time to review and prepare a response to the motion and due to the holiday season, setting the following new response deadlines:

   a. Drummond's opposition: due December 14, 2022; and

   b. Nationwide's reply: due January 13, 2023.

*See* ECF 42.

3. On December 14, 2022, Drummond filed an opposition to Nationwide's Motion for Summary Judgment and a Motion to Seal Exhibit N to Drummond's Opposition. *See* ECF 45 and 46. The deadline for Nationwide to file a response to Drummond's Motion to Seal is December 28, 2022.

4. Counsel believe and agree that there is good cause to extend the deadline for Nationwide to file a response to Drummond's Motion to Seal given the holiday season, including Christmas and New Year's Day, during which employees and counsel for Nationwide will be unavailable, for the same reason the parties stipulated to the current briefing schedule on the Motion for Summary Judgment.

5. Accordingly, the parties agree to extend the deadline otherwise required by Local Rule 7-2 for Nationwide to file a response to Drummond's Motion to Seal from December 28, 2022 <u>to January 13, 2023</u>, the same due date as Nationwide's reply to Drummond's Opposition to Nationwide's Motion for Summary Judgment is due.

///
///
///
///

6. The stipulated extension will not prejudice the parties, nor will it impact the Court-imposed deadlines established in this case. This is the first request for a continuance of any briefing deadlines on Defendant's Motion to Seal.

DATED this 15th day of December, 2022.

| **KEMP JONES LLP** | **HINES HAMPTON PELANDA LLP** |
|---|---|
| By: */s/ Breanna Switzler* <br> Nathanael R. Rulis, Esq.  (#11259) <br> Breanna K. Switzler, Esq. (#15653) <br> 3800 Howard Hughes Parkway, <br> 17th Floor <br> Las Vegas, Nevada 89169 | By:  */s/ Christine Emanuelson* <br> Nicole Hampton, Esq. (#16090) <br> Christine M. Emanuelson, Esq. (#10143) <br> 400 South 4th Street, Suite 500 <br> Las Vegas, NV 89101 |
| *Attorneys for Defendants/Counterclaimants* | *Attorneys for Plaintiff/Counter-defendants* |

**IT IS SO ORDERED**.

_____
Anne R. Traum
United States District Court Judge

      December 20, 2022
DATED